PETER C. ERBLAND, ISBA #2456
perbland@lclattorneys.com
JENNIFER H. FEGERT, ISBA #7187
jfegert@lclattorneys.com
LAKE CITY LAW GROUP PLLC
435 W. Hanley Avenue, Suite 101
Coeur d'Alene, ID  83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338

*Attorneys for Defendants Caleb Hutchinson,*
*City of Coeur d'Alene and Kootenai County*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JAY LAMKIN, an individual residing in Idaho,<br><br>Plaintiff,<br><br>vs.<br><br>Officers CALEB HUTCHINSON, an individual officer of CDA Police; MICHAEL SAMUEL SHEETS, an individual agent/employee of Defendant(s); CITY OF COEUR D'ALENE, IDAHO, a municipality of Idaho; COUNTY OF KOOTENAI, IDAHO, a county of Idaho; and the TRIBE OF COEUR D'ALENE, IDAHO.<br><br>Defendants. | Case No:<br><br>[Kootenai County Case No. CV28-23-1130]<br><br>**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446(b), Defendants

City of Coeur d'Alene, Caleb Hutchinson, and Kootenai County ("City and County Defendants")

by and through their attorneys of record, Peter C. Erbland and Jennifer H. Fegert of the firm Lake

City Law Group PLLC, hereby give notice of removal of the above-entitled action from the District

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT  - 1**

Court of the First Judicial District of the State of Idaho, in and for the County of Kootenai, to the

United States District Court for the District of Idaho, and in support thereof, states as follows:

1.      On February 17, 2023, Plaintiff Jay Lamkin commenced a lawsuit in the District

Court of the First Judicial District of the State of Idaho, In and For the County of Kootenai, by

filing a Complaint, which is currently pending in that court.

2.      Without waiving any arguments regarding the service of process, service of the

Summons and Complaint was accomplished by service on: the City of Coeur d'Alene, city clerk;

Kootenai County, civil deputy prosecuting attorney; and by personal service upon Caleb Hutchins,

on or about May 17, 2023.

3.      This Notice of Removal is timely filed in that it is filed within thirty (30) days after

the service of the Complaint on the City and County Defendants pursuant to 28 U.S.C. § 1446(b).

4.       The City and County defendants are removing this action to federal court on the

basis of federal question jurisdiction.  The plaintiff alleges in his complaint violation of his 4th

Amendment rights pursuant to 42 U.S.C. § 1983.  The United States District Court has original

jurisdiction over plaintiff's § 1983 claims pursuant to 28 U.S.C. § 1331, and the City and County

Defendants are entitled to remove this case pursuant to 28 U.S.C. §§ 1441(b) and 1446(b).  Plaintiff

has also alleged one or more state law claims that may be removed and the District Court may

determine all issues therein pursuant to 28 U.S.C. § 1441(c).

5.      Removal to federal court is appropriate in any civil action brought in state court

over which the federal district court has original jurisdiction.  28 U.S.C. § 1441; *Metropolitan Life*

*Ins. Co. v. Taylor*, 481 U.S. 58, 107 S. Ct. 1542, 1546, 95 L. Ed. 2d 55 (1987).  Pursuant to 28

U.S.C. § 1331, the District Courts of the United States have original and/or exclusive jurisdiction

over such claims without respect to the amount in controversy or the citizenship of the parties. This civil action is one over which this Court has original and/or exclusive jurisdiction and it is one that may be removed to this Court by Defendant.

6.      Venue is proper in the District Court of Idaho, pursuant to 28 U.S.C. §1931, on the grounds that a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

7.      The City and County Defendants are represented by the undersigned attorney.

8.      Copies of all pleadings, process and orders served on the defendants in this action are attached to the Notice of Verification of State Court Proceedings.

9.      Pursuant to 28 U.S.C. § 1446(d), Defendants' Notice of Removal of Action to Federal Court and a copy of Defendants' Notice of Verification of State Court Proceedings are being served upon Plaintiff's counsel on the date this notice is signed.

10.      Pursuant to 28 U.S.C. § 1446(b), Defendants' Notice to the Clerk of Removal to Federal Court is being filed with the Clerk of the District Court of the First Judicial District of the State of Idaho, In and For the County of Kootenai on the date this Notice is signed.

11.      If any question arises as to the propriety of the removal of this action, defendants respectfully request the opportunity to present a brief and oral argument in support of its position that this action is removable.

WHEREFORE, the City and County Defendants request that the above-entitled action be removed from the District Court of the First Judicial District of the State of Idaho, In and For the County of Kootenai to the United States Court for the District of Idaho.

//

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT  - 3**

DATED this 5th day of June, 2023.

LAKE CITY LAW GROUP PLLC

/ s / *Jennifer H. Fegert*
JENNIFER H. FEGERT
*Attorneys for Defendants Caleb Hutchinson,*
*City of Coeur d'Alene and Kootenai County*

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that on the 5th day of June, 2023, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*Attorney for* Plaintiff:

Brandon James Dockins
1411 Freeman Lake Rd
Oldtown, ID  83822

☒ Email:  brandon@dockinslaw.com

/ s / *Nicky Hastings*
Nicky Hastings

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT  - 4**